IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KDH ELECTRONIC SYSTEMS, INC.,  :     CIVIL ACTION
et al.                         :
                               :
          v.                   :
                               :
CURTIS TECHNOLOGY LTD.,        :
et al.                         :     NO. 08-2201

ORDER

AND NOW, this 3rd day of November, 2011, upon
consideration of the counterclaim defendants' Motion to Dismiss
Plaintiffs' Counterclaims (Docket No. 108), the opposition
thereto (Docket No. 110), the counterclaim defendants' reply
thereto (Docket No. 114), and following oral argument on
September 14, 2011, IT IS HEREBY ORDERED, for the reasons stated
in a memorandum of law bearing today's date, that the motion is
GRANTED in part and DENIED in part as follows:

1.    The motion to dismiss is GRANTED as to all counts
against Channel Technologies, Inc. and Edwin Knell for failure to
state a claim.

2.    The motion to dismiss Channel Technologies Group
for lack of personal jurisdiction is DENIED without prejudice.

3.    Counts II, V, VI, VII, VIII, IX, XII, XIII, XIV,
XVI, XVII, and XIX are dismissed for failure to state a claim.

4.    Counts I, III, IV, and XVIII are dismissed in
part, as set forth in the accompanying memorandum.

5.    The defendants' motion to dismiss is DENIED in all other respects.  The following counts remain: Counts I, III, and IV against KDH Electronics, Inc. ("KDHE"); Counts X and XI against Channel Technologies Group; Count XV against all counterclaim defendants except Channel Technologies, Inc. and Edwin Knell; and Count XVIII against KDHE and Channel Technologies Group.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.